IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| PRAGNESHKUMAR PATEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-0065-CV-W-ODS |
| ) | |
| MICHAEL B. MUKASEY, ATTORNEY ) | |
| GENERAL, et al., ) | |
| ) | |
| Defendants. ) | |

<u>ORDER TO SHOW CAUSE WHY
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT SHOULD NOT BE GRANTED</u>

     Plaintiff filed a Motion for Summary Judgment on January 18, 2008. Defendants have not responded, and the thirty day period established in the Court's Briefing Schedule has passed. Nonetheless, the Court would prefer to have Defendants' input before considering Plaintiff's motion.

     Defendants shall have until and including April 1, 2008, to show cause why Plaintiff's motion should not be granted.

IT IS SO ORDERED.

DATE: March 4, 2008

/s/ <u>Ortrie D. Smith</u>
ORTRIE D. SMITH, JUDGE
UNITED STATES DISTRICT COURT